BEFORE THE FIRST DIVISION, MAY 24, 1956

**No. 59928.**—Frankonia Products, Inc. v. United States, protest 256643–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal toys that do not have a spring mechanism, the claim of the plaintiff was sustained.